538    APPELLATE COURTS OF ILLINOIS.

Reynolds v. Alton, Granite City & St. L. Trac. Co., 183 Ill. App. 538.

## Joseph C. Reynolds, Appellee, v. Alton, Granite City & St. Louis Traction Company, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Madison county; the Hon. WILLIAM E. HADLEY, Judge, presiding. Heard in this court at the March term, 1913. Reversed and remanded. Opinion filed October 9, 1913. Rehearing denied November 5, 1913.

### Statement of the Case.

Action by Joseph C. Reynolds against Alton, Granite City & St. Louis Traction Company, a corporation, to recover damages for injuries sustained by plaintiff, alleged to have been caused by defendant suddenly starting its car while plaintiff was attempting to board it at a street intersection. From a judgment in favor of plaintiff for six thousand dollars, defendant appeals.

WILLIAMSON, BURROUGHS & RYDER, for appellant.

C. H. BURTON, for appellee.

MR. PRESIDING JUSTICE McBRIDE delivered the opinion of the court.

### Abstract of the Decision.

1. INSTRUCTIONS, § 121*—*when instruction must include all elements necessary to be proved.* An instruction directing a verdict for plaintiff and assuming to be a complete statement of the case must include all the elements necessary to be proved by plaintiff.

2. CARRIERS, § 482*—*when instruction ignoring essential elements is erroneous.* In an action for personal injuries alleged to have been caused by the sudden start of a street car while plaintiff was attempting to board it, there being conflicting evidence as to the time and place where the injury occurred, an instruction which directs a verdict for plaintiff without reference to the time and place of injury, *held* reversible error.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.